IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| THE PHOENIX INSURANCE COMPANY, a Connecticut Corporation, | * * * | CV 15-71-GF-BMM-JTJ |
| Plaintiff, | * | ORDER |
| v. | * * | |
| ED BOLAND CONSTRUCTION, INC., | * * | |
| Defendant. | * * | |

The Phoenix Insurance Company filed a Motion for Attorney's Fees on January 30, 2017. (Doc. 51.) The Court conducted a hearing on the motion on March 21, 2017, at the conclusion of which the Court advised the parties to attempt to come to an agreement regarding the motion and file a status report with the Court no later than March 31, 2017. (Doc. 62.) Phoenix filed a Joint Status Report on March 31, 2017, advising the Court that the parties resolved the issue raised in the motion. (Doc. 64.) Thus, the Court issues the following order:

1

Phoenix's Motion for Attorney's Fees is **DENIED AS MOOT**.

DATED this 13th day of April 2017.

John Johnston
United States Magistrate Judge